**From:** Osborn, Stephen <SMOsborn@mintz.com>
**Sent:** Saturday, October 10, 2020 3:25 PM
**To:** jboyd@brightonsecurities.com; sam@wineryconnect.com; flip@connextionsusa.com; chris@missick.com; Benjamin Weiner <ben@wineryconnect.com>; d.wagner@wagnervineyards.com; robertlnead@gmail.com
**Cc:** Summers, Joshua <JESummers@mintz.com>
**Subject:** Important | Quantum Loop Board Matters

Dear Board Members of Quantum Loop Solutions, Inc.,

My name is Steve Osborn.  I am a partner at Mintz.  Mintz is outside corporate counsel for Quantum Loop Solutions, Inc. (the "Company").

Ben Weiner, as Chief Executive Officer of the Company, asked me to review ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████
█████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

█████████████████████████
- ███████████████████████████████████████████████████████████████████████████████████████████
- ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████
- ███████████████████████████████████████████████████

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

==Mr. Boyd's illegal actions appear to be personally motivated based on his quest to control this company without the right to do so.== ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ████████████████████████████
  ████████████████████████████
  ████████████████████████████
  ████████████████████████████
  ████
- ████████████████████████████
  ████████████████████████████
  ████████████████████████████
  ████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████

████████████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████

████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████ ==An unauthorized transfer of corporate funds would be embezzlement, which is more commonly known as theft. This action has both criminal and civil implications for the perpetrator.==

████████████████████████████
████████████████████████████
████████████

████████████████████████████
████████████████████████████

Sincerely yours,

Steve Osborn

_____
**Stephen Osborn**

*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
Tel. +1.415.696.5416 | Mob. +1.415.606.9943
SMOsborn@mintz.com | Mintz.com

